**Doris Colleen HOWARD, Appellant,**

v.

**Harold Dean HOWARD, Respondent.**

**No. WD 41966.**

Missouri Court of Appeals,
Western District.

April 17, 1990.

Michael J. Svetlic, Svetlic & Wieland, Kansas City, for appellant.

Patricia L. Hughes, Hale, Kincaid, Waters & Allen, Liberty, for respondent.

Before ULRICH, P.J., and SHANGLER and TURNAGE, JJ.

### ORDER

PER CURIAM.

Appeal from that portion of a dissolution decree which held the house to be non-marital property and awarded maintenance of limited duration.

Judgment affirmed. Rule 84.16(b).

**Lawrence Otto FRAZEE, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 42319.**

Missouri Court of Appeals,
Western District.

April 17, 1990.

Patrick O'Brien, Kansas City, for appellant.

William L. Webster, Atty. Gen., Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before KENNEDY, P.J., and TURNAGE and LOWENSTEIN, JJ.

### ORDER

PER CURIAM.

Frazee appeals the denial, after an evidentiary hearing, of his Rule 24.035 motion for post-conviction relief.

Judgment affirmed. Rule 84.16(b).